IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIKA WILLIAMS, JAMES TULLY, WILLIAM CLEMENT RICHARDSON, and MICHAEL FRANK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>WELLS FARGO ADVISORS, LLC<br><br>        Defendant. | Case No. 1:14-cv-1981<br><br>Honorable John J. Tharp Jr.<br><br>Jury Trial Requested |

**AGREED MOTION FOR THREE-DAY EXTENSION**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties respectfully move for an extension of three business days in order to file their Motion for Preliminary Approval of Class Action Settlement and supporting papers and state the following in support.

1.      Plaintiffs were to file their Motion for Preliminary Approval, Conditional Certification and Notice to the Class on June 30, 2017.

2.      Plaintiffs' counsel, Stowell & Friedman, Ltd., had a June 29, 2017 deadline in the claims resolution process of another nationwide class action, *Slaughter v. Wells Fargo* (N.D. Ill)(Leinenweber, J.), that required more of the resources than expected of the same attorneys and staff that work on this matter. As a result, the parties worked diligently but were unable to confer and timely finalize all of the many documents that will be submitted to this Court as part of the motion for preliminary approval of their settlement.

3. For these reasons and because of the holiday and closure of their office, the parties respectfully seek an additional three business days, until Thursday, July 6, 2017, in order to submit their motion and supporting filings and papers.

4. The hearing date for preliminary approval has not been scheduled, so the requested extension will not require adjusting a hearing date set by this Court.

Respectfully submitted,

/s/ J. Bryan Wood

J. Bryan Wood (ARDC # 6270845)
THE WOOD LAW OFFICE, LLC
303 W. Madison, Ste. 2650
Chicago, Illinois 60606
(312) 554-8600 (tel)
(312) 577-0749 (fax)

Suzanne E. Bish
George S. Robot
STOWELL & FRIEDMAN, LTD.
303 W. Madison, Ste. 2600
Chicago, Illinois 60606
(312) 431-0888 (tel)
(312) 431-0228 (fax)

## CERTIFICATE OF SERVICE

On June 30, 2017, the undersigned served the attached Agreed Motion for Extension of Time on all counsel of record by filing it via the Court's electronic case filing system.

/s/ J. Bryan Wood
J. Bryan Wood
