## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Erika Williams, et al.
                            Plaintiff,

v.                                                     Case No.: 1:14−cv−01981
                                                      Honorable John J. Tharp Jr.

Wells Fargo Advisors, LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 21, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:The parties' agreed motion to approve amended settlement agreement [96] is granted. The Amended Settlement Agreement shall supersede the original Settlement Agreement, and all references to the Settlement Agreement in the Court's Preliminary Approval Order shall be construed as references to the Amended Settlement Agreement. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.